IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EVERETT RATLIFF,

    Plaintiff,

  v.

Case No. 18-cv-729-bbc

ANTHONY HENTZ, CECILIA
HUTCHENSON-SMITH, AND
KRISTINE PRALLE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 2/20/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |